**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| AYANNA ILENE ROBINSON,<br>*Plaintiff,*<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br>*Defendant*. | Case No. 4:26-cv-00155-RSB-CLR<br><br>Appearing on behalf of:<br>Federal Express Corporation<br>(Defendant) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied. Petitioner's request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 17th day of August, 2026.

Christopher L. Ray
UNITED STATES MAGISTRATE JUDGE

* * * *

NAME OF PETITIONER: Danielle Kunkel

Business Address: FedEx
Firm/Business Name

1000 FedEx Drive
Street Address

Moon Township PA 15108
City State Zip

Mailing Address (if other than street address)

City State Zip

412-713-6161 330333
Telephone Number (w/area code) Bar Number

Email Address: daniellekunkel@fedex.com